BENJAMIN B. WAGNER
United States Attorney
Josh Franklin Sigal
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
916) 554-2700

**SEALED**



**FILED**

OCT 15 2014

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
           DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR A SEARCH WARRANT CONCERNING:<br><br>1520 Carbondale Rd., Ione, Amador County, California  95640-9526 | 2:14-SW 0578 CKD<br><br>SEALING ORDER<br><br>UNDER SEAL |

Upon application of the United States of America and good cause having been shown,

**IT IS HEREBY ORDERED** that the file in the above-captioned matter be, and is, hereby ordered sealed until further order of this Court.

DATED: October 15, 2014

_____
Hon. Carolyn Delaney
UNITED STATES MAGISTRATE JUDGE