1  BENJAMIN B. WAGNER
   United States Attorney
2  JOSH F. SIGAL
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

**FILED**

FEB 0 5 2015

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

8                IN THE UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11 IN THE MATTER OF THE APPLICATION         CASE NO. 2:14-SW-0578 CKD
   OF THE UNITED STATES OF AMERICA
12 FOR A SEARCH WARRANT
   CONCERNING:                              [PROPOSED] ORDER UNSEALING SEARCH
13                                          WARRANT AND APPLICATION
       1520 Carbondale Rd.,
14     Ione, Amador County,
       California 95640-9526
15

16    The government's request to unseal the Search Warrant and this case is GRANTED.

17

18 Dated: Feb 5, 2015

19                                          HONORABLE KENDALL J. NEWMAN
                                            UNITED STATES MAGISTRATE JUDGE
20